UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL DE JESUS LOPEZ
AREVALO,

   Plaintiff,

 v.             Case No.:  2:26-cv-00018-SPC-DNF

SHERIFF DAVID HARDIN *et al.*,

   Defendants,
_____/

## ORDER

  Before the Court is petitioner Manuel de Jesus Lopez Arevalo's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 6).  This is a habeas corpus action.  Lopez Arevalo is challenging the legality of his immigration detention, and he asks the Court to enjoin the respondents from transferring him out of this district pending final adjudication of his petition.

  A district court may issue a temporary restraining order ("TRO") without notice to the opposing party only if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1).  Likewise, the Court cannot issue a preliminary injunction without notice to the opposing party.  *Id*. at 65(a).  The respondents

have not received notice of the motion, and Lopez Arevalo's counsel does not certify she made efforts to notify them or explain why notice should not be required.

Accordingly, Lopez Arevalo's motion (Doc. 6) is **DENIED**. The Court notes it has already ordered expedited briefing for this case. As a practical matter, the Court will likely rule on the petition before a properly filed motion for a preliminary injunction could reasonably become ripe.

**DONE AND ORDERED** in Fort Myers, Florida on January 8, 2026.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1